# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | |
|---|---|---|
| Case No. | SA CV10-1526-DOC(RNBx) | Date   December 29, 2010 |

Title    BRIAN MARTIN -V- CREDITORS FINANCIAL GROUP LLC, ET AL

Present: The Honorable    David O. Carter, U.S. District Judge

| Kathy Peterson | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings:    (IN CHAMBERS)    ORDER TO SHOW CAUSE

    On November 10, 2010, plaintiff filed a notice of settlement which indicates that a voluntary dismissal would be filed within 30 days;  as of this date, a voluntary dismissal has not been filed.  The Court hereby orders plaintiff to show cause on or before **January 18, 2011** why this case should not be dismissed for lack of prosecution.

    A dismissal document or request and proposed order extending the time within which to submit a dispositive document  will be considered a response to this order to show cause.  No oral argument will be heard unless ordered by the Court.  This Order will stand submitted upon the filing of a timely response.

    The Clerk shall serve a copy of this minute order on counsel for all parties in this action.

    : 0

Initials of Preparer    kp